BEFORE THE HEALTH CLAIMS ARBITRATION OFFICE OF MARYLAND

| | | |
|---|---|---|
| DANA REDMAN | * | |
|     Claimant | * | HCA: 2003-389 |
| vs. | * | |
| | * | |
| CUMBERLAND VILLA NURSING CENTER, et al. | * | |
| | * | |
|     Health Care Providers | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

RECEIVED OCT 21 2003 HEALTH CLAIMS ARBITRATION OFFICE

### CLAIMANT'S CERTIFICATE OF QUALIFIED EXPERT

I HEREBY CERTIFY that I have reviewed the medical records and/or other documentation pertaining to the history, conditions, and injuries of Dana Redman, as such relate to the incidents involved herein.

I HEREBY CERTIFY that there were departures from and/or violations of the standards of care rendered to Dana Redman by the Health Care Providers. Such departure(s) and/or violation(s) were the direct and proximate cause of injury to Dana Redman.

I am a licensed medical doctor specializing in the field of primary care internal medicine. Less than twenty percent (20%) of my annual professional activities directly involve testimony in either medical malpractice or personal injury claims. My report on Dana Redman is attached hereto.

10/20/03
Date

_____
Mark G. Graham, M.D.

*/s/ Jeffrey S. Goldstein*
Jeffrey S. Goldstein
JEFFREY S. GOLDSTEIN, P.A.
One North Charles Street
Suite 222
Baltimore, MD  21201
(410) 539-2222

*/s/ Bertram M. Goldstein*
Bertram M. Goldstein
BERTRAM M. GOLDSTEIN &
ASSOCIATES
One North Charles Street
Suite 222
Baltimore, MD  21201
(410) 539-2222

Attorneys for Claimants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2003, a copy of the foregoing Claimant's Certificate of Qualified Expert was mailed, first class postage prepaid, to the following:

CUMBERLAND NURSING CENTER a/k/a
CUMBERLAND VILLA NURSING CENTER
a/k/a CUMBERLAND VILLA NURSING CNTR
Serve on:
Mary Schriver, Executive Director
512 Winifred Road
Cumberland, Maryland   21502


BEVERLY HEALTHCARE, INC.
a subsidiary of
BEVERLY ENTERPRISES, INC.
5111 Rogers Avenue
Suite 40A
Fort Smith, Arkansas   72919
Serve on:
William A. Floyd, President
5111 Rogers Avenue
Suite 40A
Fort Smith, Arkansas   72919


BEVERLY ENTERPRISES, INC.
5111 Rogers Avenue
Suite 40A
Fort Smith, Arkansas   72919
Serve on:
William A. Floyd, President
5111 Rogers Avenue
Suite 40A
Fort Smith, Arkansas   72919

BEVERLY ENTERPRISES-MARYLAND, INC.
873 South Fair Oaks Avenue
Bin 51
Pasadena, California  91105
Serve on:
Resident Agent
CSC Lawyers Inc. Service Co.
11 East Chase Street
Baltimore, Maryland  21202


BEVERLY HEALTH AND REHABILITATION
SERVICES, INC.
873 South Fair Oaks Avenue
Pasadena, California  91105
Serve on:
Resident Agent
CSC Lawyers Inc. Service Co.
11 East Chase Street
Baltimore, Maryland  21202


WESTERN MARYLAND HEALTH SYSTEM
a/k/a WESTERN MARYLAND HEALTH
SYSTEM, INC.
900 Seton Drive
Cumberland, Maryland  21502
Serve on:
Resident Agent
Edward M. Dinan
900 Seton Drive
Cumberland, Maryland  21505

_____
Jeffrey S. Goldstein



Thomas Jefferson University | Jefferson University Physicians



RECEIVED OCT 21 2003 HEALTH CLAIMS ARBITRATION OFFICE

M. G. Graham, MD FACP
and Associates

2603 South Broad Street
Philadelphia, PA 19148
215-551-8660
Fax: 215-551-9247

1100 Walnut Street
Suite 602
Philadelphia, PA 19107
215-923-2091
Fax: 215-923-2406

Karl T. Benedict, III, MD
Jennifer Tursi Cowan, MD
Mark G. Graham, MD, FACP
John R. Griffith, MD
James Groark, MD
Gregory Mokrynski, MD
Thoai Q. Tran, MD

October 20, 2003

Jeffrey S. Goldstein, Esquire
One North Charles Street
Suite 222
Baltimore, Maryland 21201

RE: Dana Redman

Dear Mr. Goldstein:

I have reviewed the medical records and other pertinent materials regarding Dana Redman. I have concluded that the care rendered by the Health Care Providers fell below and deviated from the accepted standards for health care providers of similar training and experience. Furthermore, it is my opinion that such Health Care Providers' actions or omissions did proximately cause injury to Dana Redman.

Less than twenty (20%) percent of my annual professional activities directly involve testimony in either medical malpractice or personal injury claims.

Very truly yours,

Mark G. Graham, M.D.

MGG/cf

www.Jefferson.edu