BEFORE THE HEALTH CLAIMS ARBITRATION OFFICE OF MARYLAND

DANA REDMAN

   Claimant

v.

CUMBERLAND NURSING CENTER a/k/a
CUMBERLAND VILLA NURSING CENTER
et al.

   Health Care Providers

HCA No.: 2003-389



RECEIVED OCT 21 2003 HEALTH CLAIMS ARBITRATION OFFICE

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ELECTION TO WAIVE ARBITRATION

Claimant, Dana Redman, by her undersigned attorneys, pursuant to the Annotated Code of Maryland, Courts and Judicial Proceedings Article, § 3-2A-06B, hereby elects to waive arbitration of this claim and will proceed directly into the United States District Court for the District of Maryland and/or the Circuit Court for Allegany County which have jurisdiction over the Claimant and the Health Care Providers.

*Jeffrey S. Goldstein*
JEFFREY S. GOLDSTEIN, P.A.
One North Charles Street
Suite 222
Baltimore, MD  21201
(410) 539-2222

*[signature]*
Bertram M. Goldstein
BERTRAM M. GOLDSTEIN &
ASSOCIATES
One North Charles Street
Suite 222
Baltimore, MD  21201
(410) 539-2222

Attorneys for Claimant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2003, a copy of the foregoing Election to Waive Arbitration was mailed, first class postage prepaid, to the following:

CUMBERLAND NURSING CENTER a/k/a
CUMBERLAND VILLA NURSING CENTER
a/k/a CUMBERLAND VILLA NURSING CNTR
Serve on:
Mary Schriver, Executive Director
512 Winifred Road
Cumberland, Maryland  21502

BEVERLY HEALTHCARE, INC.
a subsidiary of
BEVERLY ENTERPRISES, INC.
5111 Rogers Avenue
Suite 40A
Fort Smith, Arkansas  72919
Serve on:
William A. Floyd, President
5111 Rogers Avenue
Suite 40A
Fort Smith, Arkansas  72919

BEVERLY ENTERPRISES, INC.
5111 Rogers Avenue
Suite 40A
Fort Smith, Arkansas  72919
Serve on:
William A. Floyd, President
5111 Rogers Avenue
Suite 40A
Fort Smith, Arkansas  72919

BEVERLY ENTERPRISES-MARYLAND, INC.
873 South Fair Oaks Avenue
Bin 51
Pasadena, California  91105
Serve on:
Resident Agent
CSC Lawyers Inc. Service Co.
11 East Chase Street
Baltimore, Maryland  21202


BEVERLY HEALTH AND REHABILITATION
SERVICES, INC.
873 South Fair Oaks Avenue
Pasadena, California  91105
Serve on:
Resident Agent
CSC Lawyers Inc. Service Co.
11 East Chase Street
Baltimore, Maryland  21202


WESTERN MARYLAND HEALTH SYSTEM
a/k/a WESTERN MARYLAND HEALTH
SYSTEM, INC.
900 Seton Drive
Cumberland, Maryland  21502
Serve on:
Resident Agent
Edward M. Dinan
900 Seton Drive
Cumberland, Maryland  21505

_____
Jeffrey S. Goldstein